## George TROSPER v. STATE.
### No. 15890.

Court of Criminal Appeals of Texas.
March 8, 1933.

R. T. Correll, of Perryton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, Judge.

The offense, selling intoxicating liquor; the punishment, one year in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Eli WEBB v. STATE.
### No. 15873.

Court of Criminal Appeals of Texas.
March 8, 1933.

E. B. Lewis, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

The record is here without a statement of facts or bill of exception. The indictment, the charge of the court, the judgment, and sentence being regular, the judgment will be affirmed.

## Shug WILLIAMS v. STATE.
### No. 15886.

Court of Criminal Appeals of Texas.
March 8, 1933.

P. O. French, of Fairfield, and A. B. Geppert, of Teague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of a hog; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Ex parte Mary Anna ECKERT and Robert Louis Eckert, Minors.
### No. 2357.

Court of Civil Appeals of Texas. Beaumont.
March 2, 1933.

C. L. Bell and Spencer, Rogers, Lewis & Slatton, all of San Antonio, for appellant.

Whipple & Redford, of San Antonio, for appellee.

WALKER, Chief Justice.

This case is before us without briefs by either party. It is therefore ordered that the appeal be, and the same is hereby, dismissed. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.(2d) 811; United States Fidelity & Guaranty Co. v. Hardy (Tex. Civ. App.) 24 S. W.(2d) 462.

Appeal dismissed.